UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORA SCHMIDT and JAMES T. SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C.,<br><br>Defendant. | Civ. No. 18-cv-00038 (KM)<br><br>ORDER |

The defendant, Fein, Such, Kahn & Shepard, P.C., having filed a motion (ECF no. 7) under Rule 12(b)(1) and 12(b)(6) to dismiss the complaint for lack of jurisdiction and failure to state a claim; and the plaintiffs, Debora Schmidt and James T. Schmidt, having filed a response (ECF no. 9); and the defendant having filed a reply (ECF no. 10); and the Court having reviewed the submissions without oral argument; for the reasons stated in the accompanying opinion, and good cause appearing therefor;

IT IS this 29th day of August, 2018,

ORDERED that the motion to dismiss (ECF no. 7) is DENIED.

KEVIN MCNULTY
United States District Judge